Case No. 25-10999

**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

| | |
|---|---|
| **Dugaboy Investment Trust,** <br><br>     Appellant, <br><br> v. <br><br> **Highland Capital Management, L. P., and Highland Claimant Trust** <br><br>     Appellees. | |

# BANKRUPTCY CREDITOR DISCLOSURE

Appeal from the United States District Court for the
Northern District of Texas, the Honorable Brantley Starr

Deborah Deitsch- Perez
Jeffrey T. Prudhomme
Michael P. Aigen
**STINSON, LLP**
2200 Ross Avenue, Suite 2900
Dallas, Texas 75201
Tel: (214) 560-2201
Tel: (214) 560-2207

**ATTORNEYS FOR APPELLANT
DUGABOY INVESTMENT TRUST**

Pursuant to the Clerk's correspondence dated September 2, 2025, Appellant Dugaboy Investment Trust makes the following disclosures:

1. **Appellant:**

    Dugaboy Investment Trust

    Attorneys:

    Deborah Deitsch-Perez
    (Texas Bar No. 24036072)
    Jeffrey T. Prudhomme
    (Texas Bar No. 2405396)
    Michael P. Aigen
    (Texas Bar No. 24012196)
    STINSON LLP
    2200 Ross Avenue, Suite 2900
    Dallas, Texas 75201
    Tel: (214) 560-2201
    Tel: (214) 560-2207
    Email: deborah.deitschperez@stinson.com
    Email: jeff.prudhomme@stinson.com
    Email: michael.aigen@stinson.com

2. **The Debtor (and Appellee):**

    Highland Capital Management, L.P.

    Attorneys:

    Jeffrey N. Pomerantz
    (CA Bar No. 143717)
    John A. Morris
    (NY Bar No. 2405397)
    Gregory V. Demo
    (NY Bar No. 5371992)
    Hayley R. Winograd
    (NY Bar No. 5612569)
    PACHULSKI STANG ZIEHL & JONES LLP
    10100 Santa Monica Blvd., 13th Floor
    Los Angeles, California 90067

    Melissa S. Hayward
    (Texas Bar No. 24044908)
    Zachery Z. Annable

    (Texas Bar No. 24053075)
    HAYWARD PLLC
    10501 N. Central Expy., Ste. 106
    Dallas, Texas 75231

3. **Appellee:**

    Highland Claimant Trust

    Attorneys:

    Jeffrey N. Pomerantz
    (CA Bar No. 143717)
    John A. Morris
    (NY Bar No. 2405397)
    Gregory V. Demo
    (NY Bar No. 5371992)
    Hayley R. Winograd
    (NY Bar No. 5612569)
    PACHULSKI STANG ZIEHL & JONES LLP
    10100 Santa Monica Blvd., 13th Floor
    Los Angeles, California 90067

    Melissa S. Hayward
    (Texas Bar No. 24044908)
    Zachery Z. Annable
    (Texas Bar No. 24053075)
    HAYWARD PLLC
    10501 N. Central Expy., Ste. 106
    Dallas, Texas 75231

4. **The Creditor's Committee:**[1]

    Acis Capital Management, L.P.
    Meta-e Discovery
    The Redeemer Committee of Highland Crusader Fund
    UBS Securities, LLC and UBS AG London Branch

    Attorneys:

    Paige Holden Montgomery
    Juliana L. Hoffman
    Sidley Austin LLP
    2021 McKinney Avenue, Suite 2000

---

[1] Pursuant to the Debtor's confirmed chapter 11 plan, the Committee has been dissolved. The Committee's counsel now represent the Litigation Trustee appointed pursuant to the plan, Marc S. Kirschner.

Dallas, Texas 74201

Matthew A. Clemente
Dennis M. Twomey
Alyssa Russell
Sidley Austin, LLP
One South Dearborn Street
Chicago, Illinois 60603

**5. Any other entity known to the Declarant whose stock or equity value could be substantially affected by the outcome of this proceeding:**

None.

Respectfully submitted,

**STINSON LLP**

By: */s/ Deborah Deitsch-Perez*
Deborah Deitsch-Perez
Texas Bar No. 24036072
Jeffrey T. Prudhomme
Texas Bar No. 2405396
Michael Aigen
Texas Bar No. 24012196
2200 Ross Avenue
Suite 2900
Dallas, Texas 75201
Telephone: (214) 560-2201
Email: deborah.deitschperez@stinson.com
Email: jeff.prudhomme@stinson.com
Email: michael.aigen@stinson.com

***Attorneys for Dugaboy Investment Trust***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 15th day of September, 2025, I caused a true and correct copy of the foregoing document to be served on all parties via the Court CM/ECF system:

/s/ *Deborah Deitsch-Perez*
Deborah Deitsch-Perez