Case No. 25-10999

# UNITED STATES COURT OF APPEALS
# FIFTH CIRCUIT

In the Matter of Highland Capital Management, L.P.,
Debtor.

**DUGABOY INVESTMENT TRUST,**

Appellant,

v.

**HIGHLAND CAPITAL MANAGEMENT, L.P., and
HIGHLAND CLAIMANT TRUST**

Appellees.

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION
Civ. Act. No. 3:24-CV-01531-X

**CREDITOR DISCLOSURE STATEMENT**

| | |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP | HAYWARD PLLC |
| Jeffrey N. Pomerantz | Melissa S. Hayward |
| John A. Morris | Zachery Z. Annable |
| Gregory V. Demo | 10501 N. Central Expy, Ste. 106 |
| Hayley R. Winograd | Dallas, Texas 75231 |
| 10100 Santa Monica Blvd., 13th Floor | (972) 755-7100 |
| Los Angeles, CA 90067 | |
| (310) 277-6910 | |

*Counsel for Appellees Highland Capital Management, L.P. and the Highland Claimant Trust*

# BANKRUPTCY CREDITOR DISCLOSURE STATEMENT

Appellees submit the following information:

1.  **The Debtor:**

    Highland Capital Management, L.P.

2.  **The members of the creditors' committee:**

    N/A (Committee dissolved as of Effective Date of Plan)

3.  **Any entity that is an active participant in the proceeding before the Fifth Circuit:**

    Appellant Dugaboy Investment Trust

    Appellees Highland Capital Management, L.P. and the Highland Claimant Trust

4.  **Any other entity known to the Declarant whose stock or equity value could be substantially affected by the outcome of the proceeding:** None

5.  **Counsel to the parties/entities identified in (1) – (4):**

    **Appellant:**

    **Dugaboy Investment Trust**

    Attorneys for Appellant:
    Deborah Deitsch-Perez
    Michael P. Aigen
    Stinson LLP
    2200 Ross Avenue, Suite 2900
    Dallas, TX 75201

**Appellees:**

**Highland Capital Management, L.P. and Highland Claimant Trust**

Counsel for Appellees:
PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

John A. Morris
Gregory V. Demo
Hayley R. Winograd
1700 Broadway, 36th Floor
New York NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

HAYWARD PLLC
Melissa S. Hayward
Zachery Z. Annable
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Telephone: (972) 755-7100

Dated: September 30, 2025

**PACHULSKI STANG ZIEHL & JONES LLP**
Jeffrey N. Pomerantz (CA Bar No.143717)
John A. Morris (NY Bar No. 2405397)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
E-mail:    jpomerantz@pszjlaw.com
           jmorris@pszjlaw.com
           gdemo@pszjlaw.com
           hwinograd@pszjlaw.com

-and-

**HAYWARD PLLC**

 /s/ Zachery Z. Annable
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Appellees Highland Capital Management, L.P. and the Highland Claimant Trust*

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 30, 2025, the foregoing document was electronically filed using the appellate CM/ECF system. I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished via CM/ECF.

                                                  */s/ Zachery Z. Annable*
                                                    Zachery Z. Annable